IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01371-PAB-MJW

CHRISTOPHER P. IMESON,

Plaintiff(s),

v.

MARK HURLBERT, in his official and individual capacities,
TAMAR WILSON, in her official and individual capacities,
TOWN OF AVON, COLORADO,
BRIAN KOZAK, in his official and individual capacities,
JEREMY ARNDT, in his official and individual capacities,
YVONNE RAMIREZ, in her official and individual capacities,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion to Order US Marshal's [sic] to Provide Service of Summons and Complaint on Defendant Jeremy Arndt (Docket No. 21) is granted pursuant to Fed. R. Civ. P. 4(c)(3) as follows.

The U.S. Marshal shall serve the Summons and the Complaint upon defendant Jeremy Arndt after the plaintiff provides the U.S. Marshal with the appropriate completed U.S. Marshal form(s) and a copy of this Minute Order, the Summons, and the Amended Complaint and makes arrangements to make payment of any required fees. The U.S. Marshal Service for the District of Colorado may be reached at 901 19th Street, A300, Denver, CO 80294; telephone number (303) 335-3400.

Date: September 19, 2011