IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01371-PAB-MJW

CHRISTOPHER P. IMESON,

Plaintiff(s),

v.

MARK HURLBERT, in his official and individual capacities,
TAMAR WILSON, in her official and individual capacities,
TOWN OF AVON, COLORADO,
BRIAN KOZAK, in his official and individual capacities,
JEREMY ARNDT, in his official and individual capacities,
YVONNE RAMIREZ, in her official and individual capacities,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Vacate Scheduling Conference and Stay Disclosures and Discovery (docket no. 26) is GRANTED finding good cause shown.  The Rule 16 Scheduling Conference set for December 1, 2011, at 9:00 is VACATED.   All discovery and disclosures are stayed pending rulings on the 12(b) motions.

Date:  November 29, 2011