IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01371-PAB-MJW

CHRISTOPHER P. IMESON,

    Plaintiff,

v.

YVONNE RAMIREZ, in her individual capacity,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court *sua sponte* on a review of the Docket. On February 23, 2012, the Court issued an Order [Docket No. 30] accepting the Magistrate Judge's Recommendation [Docket No. 29]. In the order, the Court dismissed all of plaintiff's claims against defendants Mark Hurlbert, Tamar Wilson, Brian Kozak, and Jeremy Arndt. Docket No. 30 at 2. The Court dismissed plaintiff's claims against Yvonne Ramirez without prejudice and allowed plaintiff to seek leave to amend his pleading "solely with respect to a malicious prosecution claim pursuant to 42 U.S.C. § 1983 against defendant Ramirez in her individual capacity." *Id*. However, plaintiff has not sought leave to amend his complaint or made any other filings in this case since the Court's order. Accordingly, it is

    **ORDERED** that this case is dismissed in its entirety.

    DATED October 26, 2012.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge